```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARTIN A. ARMSTRONG,                :
                                    :
                Plaintiff,          :
                                    : 09 Civ. 7370(BSJ)(THK)
        -against-                   :
                                    :
                                    :     ORDER
HARLEY LAPPIN, et al.               :
                                    :
                                    :
                Defendants.         :
------------------------------------X
```



**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This action was removed to this Court on August 21, 2009. According to this Court's docket sheet summonses have never been issued for service of process. Accordingly, it is hereby ORDERED that:

1. The Pro Se Office shall issue Summonses to Plaintiff.

2. Plaintiff shall effect service on Defendants by February 26, 2010, and file proof of service with the Court. Failure to do so my result in dismissal of this action.

SO ORDERED.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated: December 2, 2009
       New York, New York

Copies mailed to:

Martin A. Armstrong
12518-050
Federal Correctional Institution
Fort Dix Camp
Inmate Mail/Parcels
P.O. Box 2000
Fort Dix, NJ 08640