USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/11

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
MARTIN A. ARMSTRONG,                 :
                                     :
                Plaintiff,           :
                                     :      09-cv-07370 (BSJ)
        v.                           :
                                     :
                                     :         Order
HARLEY LAPPIN, et al.                :
                                     :
                Defendants.          :
-------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

After having reviewed Magistrate Judge Katz's Report and Recommendation dated July 20, 2011, and having received no objections thereto, I hereby confirm and adopt the Report in its entirety, having been satisfied that there is no clear error on the face of the record.  See King v. Greiner, No. 02 Civ. 5810 (DLC), 2009 WL 2001439, at *4 (S.D.N.Y. July 8, 2009) (citation omitted); see also Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).  Accordingly, Plaintiff's action is dismissed for failure to prosecute.

Armstrong's failure to file written objections precludes appellate review of this decision.  See Caidor v. Onondaga County, 517 F.3d 601, 604 (2d Cir. 2008).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). The Clerk of the Court is directed to close the case.

**SO ORDERED:**

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         August 16, 2011